# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALMONDNET, INC. and INTENT IQ, LLC, and DATONICS LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>LIVEINTENT, INC.,<br><br>    Defendant. | C.A. No. 24-00831-MN<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT LIVEINTENT, INC.'S
## FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, LiveIntent, Inc. states that it has no parent company, and no publicly traded company owns more than 10% of LiveIntent, Inc's. stock.

Dated: October 9, 2024

FISH & RICHARDSON P.C.

*/s/Susan E. Morrison*
Susan E. Morrison (#4690)
Grayson P. Sundermeir (#6517)
222 Delaware Avenue, 17th Floor
Wilmington, 19801
(302) 652-5070
morrison@fr.com
sundermeir@fr.com

Aamir A. Kazi
(GA Bar No. 104235)
1180 Peachtree Street, NE, 21st Floor
Atlanta, GA  30309
(404) 892-5005
kazi@fr.com

*Attorneys for Defendant LiveIntent, Inc*