# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ALMONDNET, INC. and INTENT IQ, LLC, and DATONICS LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>LIVEINTENT, INC.,<br><br>    Defendant. | C.A. No. 24-cv-831-MN<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION AND ORDER TO EXTEND TIME

The parties, subject to the Court's approval, agree that the deadline for Plaintiffs to respond to Defendant LiveIntent, Inc.'s Motion to Dismiss (D.I. 9) is extended to November 12, 2024.

| | |
|---|---|
| Dated: October 9, 2024 | Respectfully submitted, |
| FARNAN LLP | FISH & RICHARDSON P.C. |
| */s/ Brian E. Farnan*<br>Brian Farnan (#4089)<br>Michael J. Farnan (#5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>bfarnan@farnsnlaw.com<br>mfarnan@farnanlaw.com | */s/ Susan E. Morrison*<br>Susan E. Morrison (#4690)<br>Grayson P. Sundermeir (#6517)<br>222 Delaware Avenue, 17th Floor<br>Wilmington, 19801<br>(302) 652-5070<br>morrison@fr.com<br>sundermeir@fr.com |
| *Attorneys for Plaintiffs AlmondNet, Inc., Intent IQ, LLC, and Datonics LLC* | *Attorney for Defendant LiveIntent, Inc.* |

SO ORDERED this ___ day of _____, 2024.

_____
United States District Judge