**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ALMONDNET, INC. and INTENT IQ, LLC, and DATONICS LLC, | |
| Plaintiffs, | C.A. No. 24-00831-MN |
| v. | **JURY TRIAL DEMANDED** |
| LIVEINTENT, INC., | |
| Defendant. | |

## STIPULATION AND ORDER TO EXTEND TIME

WHEREAS Defendant's deadline to answer or otherwise respond to the amended complaint in the above action is November 26, 2024, and Defendant has requested an extension of that deadline. Plaintiffs have agreed to extend Defendant's deadline to December 17, 2024.

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that Defendant's deadline to answer or otherwise respond to the amended complaint is extended through and including December 17, 2024.

Dated: November 18, 2024

FARNAN LLP

*/s/Michael J. Farnan*
Brian Farnan (#4089)
Michael J. Farnan (#5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnslaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiffs AlmondNet, Inc., Intent IQ, LLC, and Datonics LLC*

FISH & RICHARDSON P.C.

*/s/Susan E. Morrison*
Susan E. Morrison (#4690)
Grayson P. Sundermeir (#6517)
222 Delaware Avenue, 17th Floor
Wilmington, 19801
(302) 652-5070
morrison@fr.com
sundermeir@fr.com

*Attorney for Defendant LiveIntent, Inc.*

SO ORDERED this ___ day of _____, 2024.

_____
United States District Judge